IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-374 (DLF) |
| v. : | |
| : | |
| LILITH ANTON SAER, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits are provided to the Court and counsel to be used by the government in the sentencing in this matter. Exhibit 4 is United States Capitol Police surveillance footage (CCTV). Exhibits 1-3 and 5-6 are open-source videos collected by the Federal Bureau of Investigation. The United States does not object to releasing these exhibits to the public.

1. Government Exhibit 1 is a video approximately 38 seconds in length that portrays the northwest courtyard.

2. Government Exhibit 2 is a video approximately 12 minutes and 10 seconds in length that portrays multiple views of the west side of the building from the exterior.

3. Government Exhibit 3 is a video approximately 6 minutes and 14 seconds in length that portrays the northwest courtyard.

4. Government Exhibit 4 is a video approximately 34 minutes in length that portrays the lobby area inside the Senate Wing Door.

5. Government Exhibit 5 is a video approximately 42 minutes and 56 seconds in length that portrays multiple views of the west side of the building from the exterior, multiple locations within the building, and multiple views of the east side of the building from

the exterior.

6. Government Exhibit 6 is a video approximately 8 minutes and 48 seconds in length that portrays multiple views of the east side of the building from the exterior.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:   */s/ Carolina Nevin*
       CAROLINA NEVIN
       Assistant United States Attorney
       NY Bar No. 5226121
       601 D Street, NW
       Washington, DC 20530
       (202) 803-1612
       carolina.nevin@usdoj.gov

## CERTIFICATE OF SERVICE

On this 28th day of March, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

By:   */s/ Carolina Nevin*
       CAROLINA NEVIN
       Assistant United States Attorney